# Check Number
1025



# Check Number
1024



**TEXPENN, LLC**
8001 TULANE ST
DALLAS, TX 75225-5420

DATE _8 Mar 2024_

1024

8-9/430
122

PAY TO THE ORDER OF _Chad Crosby_    $ _6,750 ⁰⁰_

_Six Thousand Seven Hundred and 50 dollars and ⁰⁰/₁₀₀_ DOLLARS

**PNCBANK**

PNC Bank, N.A.

FOR _Feb Salary_

± Download     🖶 Print

Transactions

02/12/2026     CHECK 1023 xxxxx8511